**Motion GRANTED and Order filed October 6, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00678-CV

_____

## IN RE SIM-MEDS, INC. AND JUSTIN SIMONS, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-19657**

---

## ORDER

On October 1, 2020, relators Sim-Meds, Inc. and Justin Simons, filed a petition for writ of mandamus in this court. Relators asks this court to order the Honorable Elaine H. Palmer, Judge of the 215th District Court, in Harris County, Texas, to set aside her order dated August 4, 2020, denying relators' joint motion to dismiss.

Relators have also filed a motion for temporary relief, asking our court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore grant relator's motion and order all proceedings in trial court cause number 2020-19657, *S J Associated Pathologists, P.L.L.C v. Sim-Meds, Inc. and Justin Simons*, stay until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

In addition, the court requests S J Associated Pathologists, P.L.L.C., the real party-in-interest, to file a response to the petition for writ of mandamus on or before October 22, 2020. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Spain, Hassan, and Poissant.